UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-81254-WPD

FABIENNE ULYSSE-OTTEY,

    Plaintiff,

v.

NEXTERA ENERGY RESOURCES, LLC,

    Defendant.
_____/

## ORDER ON JOINT NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Joint Notice of Settlement, filed on November 9, 2023.  The parties state that this case has been settled and that they will file dismissal documents within thirty (30) days. The Court is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion to Dismiss [DE 13] is **DENIED AS MOOT;**

2.     On or before **December 11, 2023** the parties shall file the appropriate dismissal papers;

3.     If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement.[1]

---

[1] "[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) … **the parties must condition the effectiveness of the**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

---

**stipulation on the district court's entry of an order retaining jurisdiction**." *Anago Franchising, Inc. v. Shaz, LLC,* 677 F. 3d 1272, 1280 (11th Cir. 2012)(emphasis added).